IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONDEL DELBERT GARDNER,**<br><br>Plaintiff,<br><br>v.<br><br>**D. ASUNCION et al.,**<br><br>Defendants. | Case No. LA CV 16-01084-VBF-AGR<br><br>**ORDER**<br><br>**Dismissing the Action With Prejudice Under FRCP 41(a)(1)(A)(ii) Pursuant to the Parties' Joint Stipulation** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees.  There is no prevailing party in this action.

The Court retains jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties.

IT IS SO ORDERED.

Dated:   Thursday, May 26, 2016

_____

Valerie Baker Fairbank

Senior United States District Judge

1